UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAMON FERNANDEZ,** | * | **CIVIL ACTION NO. 12-2416** |
| | * | |
| Plaintiff, | * | SECTION "__" (__) |
| | * | |
| **VERSUS** | * | JUDGE _____ |
| | * | |
| **CONOCOPHILLIPS COMPANY,** | * | MAGISTRATE JUDGE _____ |
| | * | |
| Defendant. | * | Jury Requested. |
| | * | |

*********************************************

## COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Ramon Fernandez, who files this complaint to obtain full and complete relief and to redress the unlawful employment practices suffered by them as described herein:

1.

This action for employment discrimination seeks declaratory, injunctive and equitable relief, back pay, reinstatement (or in lieu thereof, front pay), compensatory damages, punitive damages, attorney's fees, prejudgment interest, costs for discrimination, harassment, and hostile work environment based on race and age, against ConocoPhillips Company, in its treatment of Fernandez, including terminating their employment.

## JURISDICTION AND VENUE

**2.**

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981, 42 U.S.C. §2000e *et seq*. This Court has jurisdiction pursuant to 28 U.S.C. §1331 because the actions arise under the laws of the United States.

**3.**

Declaratory, injunctive and equitable relief is sought pursuant to 42 U.S.C. 2000e-5(g).

**4.**

This action properly lies in the Eastern District of Louisiana because Plaintiff was terminated from his employment with Defendant when he was employed in the area encompassing that of the Eastern District of Louisiana.

## PARTIES

**5.**

Plaintiff, Ramon Fernandez, is Hispanic American male, a United States citizen and a resident of the State of Louisiana.

**6.**

Defendant, ConocoPhillips Company ("ConocoPhillips"), is a non-Louisiana Business Corporation licensed to do and doing business in Louisiana.

## FACTS

**7.**

Fernandez began his employment with ConocoPhillips in June 1992 as an operator.

**8.**

Plaintiff was one of only very few Hispanic workers at the plant.

**9.**

Plaintiff worked in Complex 6 at the Alliance Refinery in Belle Chasse, Louisiana.

**10.**

Emily Bergeron ("Bergeron") is the Team Leader at ConocoPhillips. Bergeron is Caucasian.

**11.**

Joe Hebert ("Hebert") is a Field Supervisor at ConocoPhillips. Hebert is Caucasian.

**12.**

Rick White ("White") is the Human Resources Manager. He is Caucasian.

**13.**

Throughout their employment at ConocoPhillips, Plaintiff experienced a hostile work environment, specifically, discriminatory comments toward African Americans such as frequent use of the "Nigger" and other derogatory actions and statements based on race, color and national origin.

**14.**

On February 11, 2011, there was an iso-butane leak while Jesse Steer, another Hispanic operator, was working on Shift 4.

**15.**

The plant manager and a fire tech, Allen Sylve ("Sylve"), were called to monitor the area.

**16.**

The area was barricaded and the leak was contained. The leak was considered a PSI (process safety incident).

**17.**

Around 1 pm in the afternoon on February 12, 2011, Steer was called by Bergeron and told to go take a drug test and not to return to work until he was specifically told to return.

**18.**

After Steer's termination, on or about February 14, 2011, an Incident Investigation Team was assembled to investigate the incident. Neither Steer nor Sylve were interviewed during the investigation. Further, the Union (USW International) to which Steer is a member was excluded from the Management Review.

**19.**

Bergeron called Steer and told him that there would be a meeting on February 15, 2011, and that he had to attend. Steer was under the impression that during this meeting he would be interviewed by the Incident Investigation Team.

**20.**

Instead, at this meeting, Bergeron stated the incident created a loss of 72 barrels of butane and she terminated Steer.

**21.**

As a result of the investigation, the corrective action suggested by the Incident Investigation Team was coaching and further training, not termination.

**22.**

Before Steer's termination, in January 2011, four Caucasian operators were involved in an incident in which several thousand gallons of caustic material was released. The incident was so substantial that is was covered by the local news media.

**23.**

The four Caucasian operators, one of whom had been on probation for a previous incident that involved severe burning of three contract employees, were interviewed by an investigation team and were not terminated, but were suspended for two weeks instead.

**24.**

On March 13, 2011, Fernandez was terminated for spilling a negligible amount of water into the API Separator.

**25.**

This spill was not a chemical issue and was not a dischargeable offense.

**26.**

Upon information and belief, no Incident Investigation Team was assembled for this spill.

**27.**

About a month and a half before Fernandez's termination, a trainload of caustic chemicals was spilled which destroyed tanks and ponds at the Refinery. The workers responsible for the spill were Caucasian and were not terminated

**28.**

Further, there was an explosion that critically injured Sonny Barrios ("Barrios"). None of the Caucasian workers responsible for the explosion were terminated.

**29.**

Plaintiff alleges that his Caucasian comparators, who committed similar or more severe offenses, were afforded due process in the investigation procedure and were not terminated.

**30.**

Fernandez was terminated because of race and age discrimination.

**31.**

ConocoPhillips terminated a majority of over 40 year old employees during the time period Fernandez was terminated.  Fernandez is over 40 years old.

**32.**

The harassment suffered by Fernandez was severe and/or pervasive.

**33.**

The harassment suffered by Fernandez affected a term, condition, or privilege of his employment.

**34.**

ConocoPhillips knew or should have known of the harassment and failed to take remedial action.

**35.**

The acts of ConocoPhillips were practiced with malice and/or reckless disregard to Plaintiff's federally protected rights.

**36.**

As a direct result of the above acts of ConocoPhillips, Fernandez has suffered pain and suffering, emotional distress, mental anguish, loss of reputation, embarrassment, and humiliation.

## CAUSES OF ACTION

**37.**

By the above acts ConocoPhillips has violated Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981 by terminating Plaintiff and subjecting Plaintiff to harassment based on his race and age.

## JURY DEMAND

**38.**

Plaintiff requests a trial by jury.

## PRAYER

WHEREFORE, Plaintiff prays that this Court:

a.   Declare that the acts and practices of the Company complained of herein are in violation of United States law;

b.   Enjoin and permanently restrain the Company from engaging in such unlawful practices;

c.   Award Plaintiff all earnings he did not receive because of the actions of the Company, including but not limited to back pay, pre-judgment interest, bonuses, pension, and any other lost benefits;

d.   Reinstate Plaintiff to the position he would have occupied but for the Company's treatment, or in lieu thereof, award Plaintiff front pay;

e.   Award Plaintiff compensatory damages for pain and suffering, emotional distress, mental anguish, loss of reputation, embarrassment, and humiliation;

f.   Award Plaintiff punitive damages;

g.   Award Plaintiff costs, expert witness fees, and attorney's fees;

h.   Grant Plaintiff any such relief as this Court may deem just and proper.

    Respectfully submitted,

*[signature: Bryce Murray]*

Bryce G. Murray, La. Bar No. 28968
**BRYCE G. MURRAY, ATTORNEY · NOTARY, LLC**
3005 Harvard Avenue, Suite 100
Metairie, Louisiana 70006
(504) 383-3246 / (504) 455-3000
bryce@brycemurray.com

And

Charles W. Dittmer, Jr., T.A., La. Bar No. 4966
**LAW OFFICE OF CHARLES DITTMER**
3005 Harvard Avenue, Suite 101
Metairie, Louisiana 70006
(504) 887-2700
cwdjrlawyer@netscape.net

      **ATTORNEYS FOR PLAINTIFF**
          **RAMON FERNANDEZ**

**SERVICE TO BE MADE UPON:**

ConocoPhillips Company
**Through its Registered Agent:**
United States Corporation Company
320 Somerulos Street
Baton Rouge, Louisiana 70802

8