UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAMON FERNANDEZ,** | * CIVIL ACTION NO. 12-2416 |
| Plaintiff, | * SECTION " E " ( 3 ) |
| **VERSUS** | * JUDGE MORGAN |
| **CONOCOPHILLIPS COMPANY,** | * MAGISTRATE JUDGE KNOWLES |
| Defendant. | * Jury Requested. |
| ****************************************** | * Magistrate Consent. |

### MOTION TO DISMISS COMPLAINT WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Ramon Fernandez, who files this motion to dismiss with prejudice his complaint against Defendant, ConocoPhillips Company. Plaintiff and Defendant have come to resolution on this matter and ask that this Court dismiss this matter with prejudice, each party to bear their own costs and attorney's fees.

WHEREFORE, Plaintiff, Ramon Fernandez, prays this Court dismiss this matter with prejudice, each party to bear their own costs and attorney's fees.

Respectfully submitted,

*/s/ Bryce G. Murray*
Bryce G. Murray, La. Bar No. 28968
**BRYCE G. MURRAY, ATTORNEY · NOTARY, LLC**
3005 Harvard Avenue, Suite 100
Metairie, Louisiana 70006
(504) 383-3246 / (504) 455-3000
bryce@brycemurray.com

And

Charles W. Dittmer, Jr., T.A., La. Bar No. 4966
**LAW OFFICE OF CHARLES DITTMER**
3005 Harvard Avenue, Suite 101
Metairie, Louisiana 70006
(504) 887-2700
cwdjrlawyer@netscape.net

**ATTORNEYS FOR PLAINTIFF
RAMON FERNANDEZ**

**CERTIFICATE OF SERVICE:**

I hereby confirm that a copy of the foregoing motion has been served on all counsel of record through this Court's CM/ECF filing system.

s/Bryce G. Murray
Bryce G. Murray