UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAMON FERNANDEZ,** | * CIVIL ACTION NO. 12-2416 |
| Plaintiff, | * SECTION " E " ( 3 ) |
| **VERSUS** | * JUDGE MORGAN |
| **CONOCOPHILLIPS COMPANY,** | * MAGISTRATE JUDGE KNOWLES |
| Defendant. | * Jury Requested. |
| ************************************** | * Magistrate Consent. |

## ORDER

The foregoing Motion to Dismiss being duly considered;

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss with Prejudice is granted and the above-captioned lawsuit against ConocoPhillips Company is hereby dismissed with each party to bear their owns costs and attorney's fees.

New Orleans, Louisiana, this  9th   day of October, 2013.

_____
United States Magistrate Judge